**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00518-CV

### IN RE SHARON LAURIETTE, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07868**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before June 1, 2015.

/s/    LANA MYERS
        JUSTICE